

**23CR229**
**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE KIM**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

June 21, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23 CR 229 |
| v. | Violations: Title 18, United States Code, Section 922(d)(1); Title 21, United States Code, Section 841(a)(1) |
| STEVEN NASH,<br>also known as "Redd" | |

### COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about June 26, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN NASH,
also known as "Redd,"

defendant herein, did knowingly sell and otherwise dispose of a firearm, namely, an Arsenal SLR 95 model semiautomatic assault rifle, bearing serial number K037 1941, to Individual A, knowing and having reasonable cause to believe that Individual A had been convicted of a crime punishable by a term of imprisonment exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about August 23, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

>STEVEN NASH,
>also known as "Redd,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about September 18, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN NASH,
also known as "Redd,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about April 21, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN NASH,
also known as "Redd,"

defendant herein, did knowingly sell and otherwise dispose of a firearm, namely, a Taurus Model 709 Slim 9 millimeter semiautomatic pistol, bearing serial number TJU01531, to Individual A, knowing and having reasonable cause to believe that Individual A had been convicted of a crime punishable by a term of imprisonment exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT FIVE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about March 14, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN NASH,
also known as "Redd,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY

5